296        APPELLATE COURTS OF ILLINOIS.

Thordorson Electric Mfg. Co. v. Hub Electric Co., 211 Ill. App. 296.

## Thordorson Electric Manufacturing Company, Appellant, v. Hub Electric Company, Appellee.

### Gen. No. 23,382.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN R. CAVERLY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of facts and judgment here.   Opinion filed May 14, 1918.

### Statement of the Case.

Action by Thordorson Electric Manufacturing Company, plaintiff, against Hub Electric Company, defendant, to recover the purchase price of certain goods sold defendant. From a judgment in favor of defendant, plaintiff appeals.

LAMBERT & MAYER, for appellant.

CHRISTIAN MEIER and RICHARDS, VOIGT & DARBY, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 329*—*when shown that contract was between plaintiff and defendant.* In an action for the purchase price of goods, evidence *held* to show that the contract for the purchase of the goods was entered into between the plaintiff and the defendant and not between the defendant and a company which, under a contract with the plaintiff, had the exclusive agency for the sale of the goods.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.